IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BONNIE SWEENEY,<br><br>               Plaintiff,<br><br>   v.<br><br>CLIFFORD BROOKS, et al.,<br><br>              Defendants. | Civil No. 09-6569-RBK-KMW |

**ORDER PLACING CASE IN THE ARBITRATION PROGRAM**

**IT IS** on this **4th** day of **February, 2010,** hereby

**ORDERED** that the above-captioned matter is placed into arbitration.

                                            s/Karen M. Williams
                                            KAREN M. WILLIAMS
                                            UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler
     James Quinlan, Arbitration Clerk